IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| NICOLE RODGERS, | : | |
| --- | --- | --- |
| Plaintiff | : | CIVIL ACTION |
| v. | : | FILE NO. 1:22-CV-04601-SEG |
| | : | |
| AFAN EXPRESS, INC., ALDO BRUNO, and PROGRESSIVE EXPRESS INSURANCE COMPANY | : | |
| | : | |
| Defendants | : | |

## DEFENDANT'S TRIAL EXHIBITS

| Tab | Provider | Dates of service |
| --- | --- | --- |
| 1 | Dr. Dopson CV | |
| 2 | Piedmont Fayette Hospital | 3/5/2021 9/7/2022 |
| 3 | Arrowhead Clinics | 3/12/2021 through 8/12/2021 (24 session) |
| 4 | Onyx Imaging | 3/20/2021 4/24/2021 |
| 5 | Regional Medical Group | 4/12/2021 |
| 6 | Barbour Orthopedics & Spine | 12/29/2021 Through 11/22/2022 (15 visits) |
| 7 | Benchmark PT | 1/18/2022 Through 10/18/2022 (17 sessions) |
| 8 | Incident report | 3/05/2021 |
| 9 | Photographs of Plaintiff's vehicle | |

This 6th day of June, 2024.

                                            **FAIN, MAJOR & BRENNAN, P.C.**

                                            */s/ Robyn M. Roth*

| One Premier Plaza | ROBYN M. ROTH |
| --- | --- |
| 5605 Glenridge Drive NE | Georgia Bar No. 153025 |
| Suite 900 | Counsel for Defendants |
| Atlanta, GA 30342 | |
| (404) 688-6633 | |
| rroth@fainmajor.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NICOLE RODGERS, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | FILE NO. 1:22-CV-04601-SEG |
| | : | |
| AFAN EXPRESS, INC., ALDO BRUNO, and PROGRESSIVE EXPRESS INSURANCE COMPANY | : : : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing ***Defendants' Trial Exhibits*** on counsel for the parties of record by depositing a copy of same with the United States Postal Service in an envelope, with first class postage prepaid, addressed to:

Eugene Felton, Jr., Esq.
Quinton S. Seay, Esq.
Janet C. Scott, Esq.
Alexandria F. Jones, Esq.
Seay/Felton, LLC
260 Peachtree Street, NW, Suite 1001
Atlanta, GA 30303
cfelton@sftriallawyers.com
ajones@sftriallawyers.com
qseay@sftriallawyers.com
jscott@sftriallawyers.com

Respectfully submitted, this 6th day of June, 2024.

                                    **FAIN, MAJOR & BRENNAN, P.C.**

                                    */s/ Robyn M. Roth*

| | |
|---|---|
| One Premier Plaza | ROBYN M. ROTH |
| 5605 Glenridge Drive NE | Georgia Bar No. 153025 |
| Suite 900 | Counsel for Defendants |
| Atlanta, GA 30342 | |
| (404) 688-6633 | |
| rroth@fainmajor.com | |