IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NICOLE RODGERS, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | FILE NO. 1:22-CV-04601-SEG |
| | : | |
| AFAN EXPRESS, INC., ALDO BRUNO, and PROGRESSIVE EXPRESS INSURANCE COMPANY | : | |
| | : | |
| Defendants | : | |

## DEFENDANTS' WITNESS LIST

1. Aldo Bruno
2. Dr. Thomas Dopson (by video deposition)

This 6th day of June, 2024.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Robyn M. Roth*

One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA 30342
(404) 688-6633
rroth@fainmajor.com

ROBYN M. ROTH
Georgia Bar No. 153025
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NICOLE RODGERS, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | FILE NO. 1:22-CV-04601-SEG |
| | : | |
| AFAN EXPRESS, INC., ALDO BRUNO, and PROGRESSIVE EXPRESS INSURANCE COMPANY | : : : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *Defendants' Witness List* on counsel for the parties of record by depositing a copy of same with the United States Postal Service in an envelope, with first class postage prepaid, addressed to:

Eugene Felton, Jr., Esq.
Quinton S. Seay, Esq.
Janet C. Scott, Esq.
Alexandria F. Jones, Esq.
Seay/Felton, LLC
260 Peachtree Street, NW, Suite 1001
Atlanta, GA 30303
cfelton@sftriallawyers.com
ajones@sftriallawyers.com
qseay@sftriallawyers.com
jscott@sftriallawyers.com

Respectfully submitted, this 6th day of June, 2024.

|  |  |
|---|---|
|  | **FAIN, MAJOR & BRENNAN, P.C.** |
|  | */s/ Robyn M. Roth* |
| One Premier Plaza | ROBYN M. ROTH |
| 5605 Glenridge Drive NE | Georgia Bar No. 153025 |
| Suite 900 | Counsel for Defendants |
| Atlanta, GA  30342 |  |
| (404) 688-6633 |  |
| rroth@fainmajor.com |  |