IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE RODGERS, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : CIVIL ACTION NO. |
| vs. | : 1:22-cv-04601-SEG |
| | : |
| AFAN EXPRESS, INC., | : |
| ALDO BRUNO, and | : |
| PROGRESSIVE EXPRESS | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendants. | : |

## PLAINTIFF'S WITNESS LIST

1. Plaintiff, Nicole Rodgers

2. Robert W. Rodgers

3. Milavena Dixon

4. Dr. Scott Barbour

5. Dr. Douglas Linville

6. Plaintiff reserves the right to call any witness listed on Defendant's Witness List.

This 6th day of June, 2024.

**SEAY FELTON, LLC**

260 Peachtree Street, NW          /s/ Eugene Felton, Jr.
Suite 1001                        Eugene Felton, Jr.
Atlanta, GA 30303                 Georgia Bar No. 257840

(404) 902-6444  Quinton S. Seay
(770) 800-0507 – fax  Georgia Bar No. 634025
efelton@sftriallawyers.com  Alexandria F. Jones
qseay@sftriallawyers.com  Georgia Bar No. 301492
ajones@sftriallawyers.com

                        ***Attorneys for Plaintiff***

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE RODGERS, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| vs. | : 1:22-cv-04601-SEG |
| | : |
| AFAN EXPRESS, INC., | : JURY TRIAL DEMANDED |
| ALDO BRUNO, and PROGRESSIVE | : |
| EXPRESS INSURANCE COMPANY, | : |
| | : |
| Defendants. | : |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of this document by CM/ECF File and Serve, as prescribed by the court, which will deliver electronic notification of same to the following:

Robyn M. Roth, Esq. (rroth@fainmajor.com)
Fain Major & Brennan, P.C.
One Premier Plaza
5605 Glenridge Drive, NE, Ste 900
Atlanta, Georgia 30342
P: (404) 688-6633

This 6th day of June, 2024.

**SEAY FELTON, LLC**

260 Peachtree Street, NW        /s/ Eugene Felton, Jr.
Suite 1001                      Eugene Felton, Jr.
Atlanta, GA 30303               Georgia Bar No. 257840

Page **3** of **4**

| | |
|---|---|
| (404) 902-6444 | Quinton S. Seay |
| (770) 800-0507 – fax | Georgia Bar No. 634025 |
| efelton@sftriallawyers.com | Alexandria F. Jones |
| qseay@sftriallawyers.com | Georgia Bar No. 301492 |
| ajones@sftriallawyers.com | |
| | ***Attorneys for Plaintiff*** |