# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NICOLE RODGERS, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| vs. | : 1:22-cv-04601-SEG |
| | : |
| AFAN EXPRESS, INC., | : |
| ALDO BRUNO, and | : |
| PROGRESSIVE EXPRESS | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendants. | : |

## **<u>VERDICT</u>**

_____ We the jury find in favor of the Plaintiff in the amount of $_____. If, and only if, you apportion fault to the Plaintiff, please answer the following:

_____% on the part of the Defendants

and

_____% on the part of Nicole Rodgers

OR

_____ We the jury find for the Defendants.

This _____ day of June, 2024.

_____
Foreperson